McELLIOTT, APPELLANT, *v.* FOUSEK, MAYOR, ET AL., RESPONDENTS.

(No. 6,935.)

(Submitted January 19, 1932. Decided February 27, 1932.)

[8 Pac. (2d) 796.]

(For syllabus, see *State ex rel. McElliott* v. *Fousek, Mayor,* ante, p. 457, 8 Pac. (2d) 795.)

*Messrs. Molumby, Busha & Greenan,* for Appellant.

*Mr. Warren Toole,* for Respondents.

MR. JUSTICE ANGSTMAN delivered the opinion of the court.

This case is identical in facts with the companion case No. 6936, *State ex rel. McElliott* v. *Fousek, Mayor,* ante, p. 457, 8 Pac. (2d) 795, this day decided, except as to the party defendant. On the authority of that case the judgment is affirmed.

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES GALEN, FORD and MATTHEWS concur.